IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

FILED

JUL 1 4 2022

US DISTRICT COURT
DISTRICT OF DELAWARE

UNITED STATES OF AMERICA     )
            )
    v.                   )
            )    Criminal Action No. 22 -64
MARVIN CRUZ-PAULINO,     )
            )
    Defendant.       )

## INFORMATION

The United States Attorney for the District of Delaware charges that:

## COUNT ONE

On or about March 30, 2022, in the State and District of Delaware, MARVIN CRUZ-PAULINO, defendant herein, did knowingly and intentionally possess with intent to distribute 400 grams or more of a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide (fentanyl), a Schedule II controlled substance, in violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(A).

## NOTICE OF FORFEITURE

Upon conviction of the offense in violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(A) set forth in Count One of this Information, the defendant, MARVIN CRUZ-PAULINO, shall forfeit to the United States of America, pursuant to 21 U.S.C. § 853, any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of such offense and any property used, or intended to be used, in any manner or part, to commit or to facilitate the commission of, the offense.

If any of the property as a result of any act or omission of the defendant:

a.  cannot be located upon the exercise of due diligence;
b.  has been transferred or sold to, or deposited with, a third party;
c.  has been placed beyond the jurisdiction of the court;
d.  has been substantially diminished in value; or
e.  has been commingled with other property which cannot be divide without difficulty,

the United States of America shall be entitled to forfeiture of substitute property

pursuant to 21 U.S.C. § 853(p).


DAVID C. WEISS
United States Attorney


BY:  _/s/ Alexander P. Ibrahim_____
     Alexander Ibrahim
     Assistant United States Attorney

Dated: July 14, 2022